### HANNAH BROMAGHIM vs. JOHN GORSE.

Objections to defendant's bill of costs; merely on motion for judgment as in case of nonsuit, is defending on the wrong ground: should be appeal from taxation.

*Motion by defendant for judgment as in case of non-suit.*—Issue was joined on 5th August last, noticed for trial by plaintiff August 15th, for circuit held on 21st October. On the 10th October a countermand of the notice of trial was served, defendant made out his costs for preparing for trial previous to countermand and had them taxed on notice; costs were served and demanded of plaintiff on 28th October, and have not yet been paid. The plaintiff's papers in opposition to this motion are entirely explanations of and objections to the defendant's bill of costs, as taxed and served previous to countermand, and an excuse for not opposing taxation.

R. J. HILTON, *Defts Counsel.*          A. BECKER, *Defts Atty.*

M. SANFORD, *Plffs Counsel.*          M. SANFORD, *Plffs Atty.*

*Per Curiam.*—Plaintiff defends on the wrong ground, he should have appealed from taxation.

*Decision.*—Motion granted, unless plaintiff pay defendant costs of preparing for circuit up to time of countermand, to be retaxed on due notice, and also ten dollars costs of this motion.